UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-vs-<br><br>MUNIR AHMED KHAN<br><br>Defendant. | 07-CR-1010 (FLW)<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

This matter having come before the Court on the application of defendant Munir Ahmed Khan for an order modifying Mr. Khan's bail conditions to allow Mr. Khan to travel outside the United States for a period of no more than two weeks.

WHEREAS, on March 31, 2008, this Court sentenced Mr. Khan to a term of five (5) months imprisonment to be followed by one (1) year supervised release, a condition of which included five (5) months home detention;

WHEREAS, Mr. Khan is scheduled to surrender to the custody of the Federal Correctional Institution at Otisville, New York on May 12, 2008;

WHEREAS, pending his surrender, Mr. Khan was free on bail consisting of a $1,000,000 bond secured by his residence in Jersey City, New Jersey and co-signed by his wife and three of his children, and his travel restricted to New Jersey and the Southern and Eastern Districts of New York;

WHEREAS, on April 14, 2008, Mr. Khan applied to this Court for a modification of his bail conditions to permit him to travel to Dubai and Pakistan for a period of two weeks and proposed additional security to secure his return;

WHEREAS, the Government has objected to any modification permitting Mr. Khan to travel out of the country;

IT IS ORDERED, for good cause shown, that Mr. Khan is permitted to travel out of the country for a period of two weeks, returning prior to the date that he must surrender to the Bureau of Prisons, upon fulfilling the following additional conditions of release: (i) Mahmoud Ramadan, an attorney duly admitted to practice in the State of New Jersey, signs a bond agreeing to serve as Mr. Khan's third party custodian for the period of time that Mr. Khan is out of the country and agreeing to travel with Mr. Khan to both Dubai and Pakistan; and to return with Mr. Kahn to the United States and (ii) Mr. Khan posts $50,000 cash and 600,000 shares in Adams Software with the Clerk of the Court.

IT IS FURTHER ORDERED that upon fulfilling the conditions enumerated above, Pretrial Services will temporarily release to Mr. Khan his passport to permit him to travel outside the United States, in accordance with the terms set forth above.

Dated: April 24, 2008

Honorable Freda L. Wolfson
United States District Judge