UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUN 1 2 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

MUNIR AHMED KHAN

RECOG# NEW 1030
07-MG-1010-01

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, FIFTY THOUSAND DOLLARS, ($50,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this //th day of JUNE, 2008.

Ordered that the sum of FIFTY THOUSAND DOLLARS, ($50,000.00), be paid to MUNIRAHMED KHAN 238 GRAND ST. JERSEY CITY, N.J. 07302.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT